[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 97-1611

 UNITED STATES,

 Appellee,

 v.

 ROBERT MEDEIROS,

 Defendant, Appellant.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF RHODE ISLAND

 [Hon. Ronald R. Lagueux, U.S. District Judge] 

 

 Before

 Torruella, Chief Judge, 
 Selya and Boudin, Circuit Judges. 

 

Thomas A. Grasso on brief for appellant. 
Sheldon Whitehouse, United States Attorney, Margaret E. Curran 
and Charles A. Tamuleviz, Assistant United States Attorneys, on brief 
for appellee.

 

 February 10, 1998
 

 Per Curiam. Upon careful review of the record, briefs, 

and the government's motion for summary disposition, it

plainly appears that the district court's discretionary

decision to deny a downward departure is not subject to

appellate review. See United States v. Saldana, 109 F.3d 

100, 103 (1st Cir. 1997). 

 Affirmed. See 1st Cir. Loc. R. 27.1. 

 -2-